# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| CARD-MONROE CORP., Plaintiff, | ) | Case No. 1:14-cv-292 |
| v. | ) | Judge Mattice<br>Magistrate Judge Carter |
| TUFTCO CORP. Defendant. | ) | |

## DECLARATION OF CHARLES MONROE

My name is Charles ("Charlie") Monroe. I am over eighteen years of age and am competent to testify to the matters stated in this Declaration.

1. I am the Chief Executive Officer of Card-Monroe Corp. ("CMC").

2. Based in Chattanooga, Tennessee, CMC is a leading manufacturer of carpet tufting machines and equipment.

3. Technology and innovation are crucial to maintaining viability in the world of textile manufacturing, and in particular, carpet manufacturing in the United States. For this reason and to better serve its customers, CMC has a long history of technological innovation in the tufting industry, and its contributions have literally changed the way carpet is made.

4. As part of this effort, CMC developed an innovative system and method known in the industry as "ColorPoint™," for forming tufted articles, including tufts of multiple different color yarns having enhanced patterned appearance and density. In November 2013, CMC's ColorPoint™ system was awarded the "Spirit of Innovation" award by the Chattanooga Chamber of Commerce.

5. Because technology and innovation are so important in this industry, CMC has filed for and obtained a number of patents covering this technology. Those patents include the patents at issue in this case.

6. Tuftco Corporation ("Tuftco") is also a manufacturer of carpet tufting machines and equipment. Tuftco directly competes with CMC in this industry, in which there are only a few major competitors. In fact, CMC's only significant competitors in this space are Tuftco and Cobble Tufting Machine Co., with Tuftco being the larger of the two.

7. Tuftco has developed and is selling carpet tufting machines called "ColorTuft" (later changed to "i Tuft c"). CMC believes that Tuftco's "ColorTuft/i Tuft c" machines infringe the CMC patents at issue in this litigation.

8. CMC believes that to date Tuftco has sold at least seven "ColorTuft/i Tuft c" machines. If Tuftco had not made such sales, CMC would have had a legitimate chance to sell its ColorPoint machines to those customers. CMC also believes that despite this litigation, Tuftco continues to undertake extensive efforts to make additional sales of such machines to CMC's actual and potential customers.

9. The market for these types of carpet tufting machines is limited, and the machines sold in this small market are very complex and expensive. Each machine typically costs over $1,000,000 and up to $4,000,000, depending on the features. Once a customer has purchased a machine, it is used for many years, making each potential sale an even more important transaction.

10. By continuing to manufacture and sell the "ColorTuft/i Tuft c" machines, I believe Tuftco is damaging CMC's reputation in the marketplace as an industry leader and developer of innovative products. I believe Tuftco's continued sales also harm CMC's goodwill

with its customers and potential customers, and are causing CMC to lose market share in this niche industry, as well as experience price depression for sales of its ColorPoint™ machines.

11. If Tuftco is able to continue selling its infringing machines and delay resolution of this litigation through a stay, it would greatly reduce CMC's ability to capitalize on its asserted patents covering its innovative ColorPoint™ system. CMC will also continue to suffer in its relationships with customers and potential customers, will continue to lose market share, and will continue to experience price depression. I believe such harm cannot be fully remedied by future remuneration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 22 day of January, 2015.

Charles Monroe